U.S. DISTRICT COURT
EASTERN DISTRICT
FILED

2016 FEB -4 P 3: 21

JON W. SANFILIPPO
CLERK

UNITED STATES OF AMERICA,

                Plaintiff,

-vs-                              Case No. 15-Cr-89

DALQUAVIS WARD,

                Defendant.

## ADDENDUM TO PLEA AGREEMENT

      The United States of America, by its attorneys, Greg J. Haanstad, Acting United States Attorney for the Eastern District of Wisconsin, and Bridget J. Domaszek, Assistant United States Attorney, and the defendant, Dalquavis Ward, individually and by attorney Thomas J. Erickson, pursuant to Rule11 of the Federal Rules of Criminal Procedure, enter in to the following Addendum to the Plea Agreement. It is the intention of the parties that the following terms replace paragraph 16 in the plea agreement, and the parties agree that paragraph 17 shall not be considered as a relevant part of the plea agreement.

      16. The parties agree to recommend to the sentencing court that the applicable base offense level for the offense charged in count three is 14 under Sentencing Guidelines Manual Sec. 2K2.1.

Date: 1-13-16

X Dalquavis Ward
Dalquavis Ward
Defendant

Date: 1-13 16

Thomas J. Erickson
Attorney for Defendant

For the United States of America:

Date: 1/13/16

*[signature]*
Gregory Haanstad
Acting United States Attorney

Date: 1/13/2016

*[signature]*
Bridget J. Domaszek
Assistant United States Attorney