

**U.S. Department of Justice**
**United States Marshals Service**



*[Stamp: U.S. DISTRICT COURT EASTERN DISTRICT-WI, 2016 MAR 29 A 8:59, JON W. SANFILIPPO CLERK]*

# DETAINER
## BASED ON FEDERAL JUDGMENT AND COMMITMENT

United States Marshal
Eastern District of Wisconsin
*(District)*

517 E. Wisconsin Avenue, Suite 711
Milwaukee, WI 53202
414-297-3707

*(Return Address and Phone)*

*Please type or print neatly:*

TO: Racine County Sheriff's Department
717 Wisconsin Avenue
Racine, WI 53403

DATE: 03/25/2016
SUBJECT: Dalquavis T. WARD
AKA:
DOB/SSN: ▓▓▓▓1993
REF. # RCJ booking# 2015000269
USMS #: 13624-089
CR #: E/WI 15-CR-89

Please accept this Detainer against the above-named subject who is currently in your custody. The United States District Court for the Eastern District of Wisconsin has issued a Judgment and Commitment Order against the subject. The attached Judgment and Commitment Order commits the subject to the custody of the U.S. Attorney General to serve the following sentence of imprisonment:

> 60 months to be served concurrently with any sentence imposed on the defendant by another court at or after the date of this order of judgment; 3 years Supervised release.
>
> ✳ Supersedes detainer dated 05/06/2015. ✳

Prior to the subject's release from your custody, please notify this office at once so that we may assume custody of the subject for service of his Federal sentence of imprisonment. If the subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at the time of transfer and advise this office as soon as possible. The notice and speedy trial requirements of the Interstate Agreement on Detainers Act do NOT apply to this Detainer.

Please acknowledge receipt of this Detainer. In addition, please provide one copy of the Detainer to the subject and return one copy of the Detainer to this office in the enclosed self-addressed envelope.

**RECEIPT**
Date: 03/28/16
Signed: J. Krueger
By: J. Krueger
Title: CO

Very truly yours,

*(Signature)*

Kevin A. Carr
U.S. Marshal

Requested by: Chris Eden, Investigative Research Specialist

Form USM-16B
Rev. 04/05